# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00592-CV

**Sam's Motors, LLC, and Samer Yacoub, Appellants**

**v.**

**Shakil Choudhury, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-GN-11-000207, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants filed their notice of appeal on August 28, 2013, and appellants' brief was due on December 13, 2013. On January 10, 2014, this Court notified appellants that their brief was overdue and that the appeal could be dismissed for want of prosecution unless appellants filed a response reasonably explaining their failure to file a brief. To date, appellants have not filed a brief or otherwise responded to our notice  Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a); 42.3(b).

_____

Scott K. Field, Justice

Before Justices Puryear, Goodwin and Field

Dismissed for Want of Prosecution

Filed:   February 21, 2014